FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV -2 PM 4: 33

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALBERT L. PUROLA<br>8980 49ᵗʰ STREET<br>PINELLAS PARK, FL 33782 | ) ) ) | CASE NO.:  2:22 CV 3885 |
| | ) | JUDGE   JUDGE WATSON |
| Plaintiff | ) ) | MAGISTRATE JUDGE DEAVERS |
| v. | ) ) | |
| MICHELLE HALL, Chief Assistant<br>Disciplinary Counsel | ) ) ) | MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br>WITH MEMORANDUM |
| and | ) ) | |
| CHIEF JUSTICE COLLEEN O'CONNOR<br>Ohio Supreme Court | ) ) | |
| | ) | |
| Defendant | ) | |

Plaintiff Albert L. Purola requests leave to proceed without payment of fees because he cannot afford them.

Plaintiff is a 79-year-old, retired attorney who is disabled with Multiple Sclerosis. He has not worked in over five (5) years, and his only income is $2,200 monthly Social Security.

He lives in an assisted living facility, Baywood Senior Living, in Pinellas Park Florida, which

consumes nearly all of his Social Security check.   He has no other source of income of any kind.

_____

ALBERT L. PUROLA (#0010275
8980 49th Street
Pinellas Park, FL 33782
(440) 796-9027
Albertpurola@outlook.com