# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Albert Purola,

      Plaintiff,

v.

Michelle Hall, *et al.*,

      Defendants.

Case No. 2:22-cv-3885

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

On December 5, 2022, Magistrate Judge Deavers performed an initial screen of this *pro se* case, brought *in forma pauperis*, under 28 U.S.C. § 1915(e) and issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Complaint. ECF No. 6. Shortly thereafter, Plaintiff filed an Amended Complaint, and on February 23, 2023, Magistrate Judge Deavers issued a second R&R recommending the Court dismiss Plaintiff's Amended Complaint in its entirety. R&R, ECF No. 9. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 8–9.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

                                            _____
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**